**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Fred Andrew Hensel, Jr. and Linda Anne Hensel

       Debtor(s)

CHAPTER 13

BKY. NO. 15-20630

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2870

                 Respectfully submitted,

                 **/s/ James C. Warmbrodt, Esquire**
                 James C. Warmbrodt, Esquire
                 jwarmbrodt@kmllawgroup.com
                 Attorney I.D. No. 42524
                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106
                 Phone: 215-825-6306
                 Fax: 215-825-6406
                 Attorney for Movant/Applicant