IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Fred Andrew Hensel, Jr.<br>        Linda Anne Hensel<br><br>                          Debtors<br><br>vs.<br>PNC Bank, N.A.<br><br>                          Movant,<br><br>vs<br><br>Fred Andrew Hensel, Jr.<br>Linda Anne Hensel<br>Rhonda J. Winnecour, Esquire<br><br>                          Respondents | BK NO. 15-20630 GLT<br><br>Chapter 13<br><br>Document No. _____<br><br>Related to Claim No. 3<br><br>Related to Document No. 52 |

### DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE DATED DECEMBER 9, 2016

I, Richard W. Schimizzi, Esquire, counsel for the Debtors, Fred A. Hensel, Jr. and Linda A. Hensel, declare that the existing Chapter 13 Plan is sufficient to fund the Plan and provide for full payment to the mortgage lender as the Debtor has elected to pay directly to PNC Bank, N.A. the escrow account shortage of $50.75 as set forth in the Escrow Account Disclosure Statement dated November 18, 2016 attached to the Notice of Mortgage Payment Change dated December 9, 2016.  Pursuant to the Escrow Account Disclosure Statement, by paying the escrow account shortage Debtor's monthly mortgage payment effective January 1, 2017 will remain $527.19.

Date: January 18, 2017

/s/Richard W. Schimizzi
Richard W. Schimizzi, Esquire
PA I.D. 32573
SCHIMIZZI LAW, LLC
Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone: (724) 838-9722
Fax:    (724) 837-7868
Email:  rws@schimizzilaw.com