IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Fred Andrew Hensel, Jr.<br>         Linda Anne Hensel<br><br>                    Debtors<br><br>vs.<br>PNC Bank, N.A.<br><br>                    Movant,<br><br>vs<br><br>Fred Andrew Hensel, Jr.<br>Linda Anne Hensel<br>Rhonda J. Winnecour, Esquire<br><br>                    Respondents | BK NO. 15-20630 GLT<br><br>Chapter 13<br><br>Document No. _____<br><br>Related to Document No. ____ |

### DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE DATED DECEMBER 8, 2017

I, Richard W. Schimizzi, Esquire, counsel for the Debtors, Fred A. Hensel, Jr. and Linda A. Hensel (deceased), declare that the existing Chapter 13 Plan is sufficient to fund the Plan and provide for full payment to the mortgage lender as the Notice of Mortgage Payment Change reduces the monthly mortgage payment from $530.15 to $528.00.

Date: December 8, 2017

/s/ *Richard W. Schimizzi*
Richard W. Schimizzi, Esquire
PA I.D. 32573
SCHIMIZZI LAW, LLC
Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone: (724) 838-9722
Fax:    (724) 837-7868
Email:  rws@schimizzilaw.com