FILED
1/31/18 10:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>FRED ANDREW HENSEL JR.<br>LINDA ANNE HENSEL<br><br>　　Debtor(s)<br><br>____  _____ ____<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br>　　Movant,<br>　　Vs.<br><br>FRED ANDREW HENSEL JR.<br>LINDA ANNE HENSEL<br>　　Respondent(s) | Case No.: 15-20630-GLT<br><br>Chapter 13<br><br><br><br>Related Document No.: 61 |

TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT
REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on January 18, 2018 (document no. 61 ) is hereby WITHDRAWN.  Therefore, the hearing scheduled for April 5, 2018 is hereby CANCELLED.

Respectfully submitted,

1-30-2018                          /s/ Ronda J. Winnecour
Date                               Ronda J. Winnecour (PA I.D. #30399)
                                   Attorney and Chapter 13 Trustee
                                   U.S. Steel Tower – Suite 3250
                                   600 Grant Street
                                   Pittsburgh, PA  15219
                                   (412) 471-5566
                                   cmecf@chapter13trusteewdpa.com

SO ORDERED
January 31, 2018

_____
GREGORY L. TADDONIO
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Fred Andrew Hensel, Jr.
Linda Anne Hensel
      Debtors

Case No. 15-20630-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: amaz　　　Page 1 of 1　　　Date Rcvd: Jan 31, 2018
                 Form ID: pdf900　　　Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2018.

```
db/jdb         Fred Andrew Hensel, Jr.,   Linda Anne Hensel,   220 West Second Sreet,   Greensburg, PA  15601
cr            +Ally Financial,   Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,   1500 One PPG Place,
               Pittsburgh, Pa 15222-5413
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
               Pittsburgh, PA 15212-5866
14001744      +AR Resources, Inc.,   1777 Sentry Parkway West,   Blue Bell, PA 19422-2206
14001745      +EOS CCA,   PO Box 981008,    Boston, MA 02298-1008
14001746      +KML Law Group, P.C.,    Atten: Salvatore Filippello, Esq.,   701 Market Street,
               Philadelphia, PA 19106-1538
14075789      +PNC Bank, N.A.,    Attn: Bankruptcy Department,   3232 Newmark Drive,
               Miamisburg, OH 45342-5421
14001747      +PNC National Bank Association,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
14048936      +Peoples Natural Gas Company LLC,    225 North Shore Drive, Suite 300,
               Pittsburgh, PA 15212-5861,   Attn: Dawn Lindner
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14001743      +E-mail/Text: ally@ebn.phinsolutions.com Feb 01 2018 01:49:46      Ally Financial,
               PO Box 380901,   Bloomington, MN 55438-0901
14013102       E-mail/Text: ally@ebn.phinsolutions.com Feb 01 2018 01:49:46      Ally Financial,
               PO Box 130424,   Roseville, MN 55113-0004
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC Bank, National Association
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2018 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard W. Schimizzi    on behalf of Joint Debtor Linda Anne Hensel rws@schimizzilaw.com,
               mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
              Richard W. Schimizzi    on behalf of Debtor Fred Andrew Hensel, Jr. rws@schimizzilaw.com,
               mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 8
```