**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| FRED ANDREW HENSEL, JR. | Case No. 15-20630GLT |
| LINDA ANNE HENSEL | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| PNC BANK NA | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

PNC BANK NA
3232 NEWMARK DR
MIAMISBURG, OH 45342

Court claim# 3/Trustee CID# 2

The Movant further certifies that on 06/11/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>FRED ANDREW HENSEL, JR., LINDA ANNE HENSEL, 220 WEST SECOND SREET, GREENSBURG, PA  15601 | DEBTOR'S COUNSEL:<br>RICHARD W. SCHIMIZZI, ESQ., 35 WEST PITTSBURGH ST., REAR, GREENSBURG, PA  15601 |
| ORIGINAL CREDITOR:<br>PNC BANK NA, 3232 NEWMARK DR, MIAMISBURG, OH  45342 | ORIGINAL CREDITOR'S COUNSEL:<br>JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 |
| NEW CREDITOR: | |