**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
FRED ANDREW HENSEL, JR.                     Case No. 15-20630GLT
LINDA ANNE HENSEL

             Debtor(s)                     Chapter 13
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

             Movant                        Document No __
        vs.
PNC BANK NA


             Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.


PNC BANK NA                                  Court claim# 3/Trustee CID# 6
3232 NEWMARK DR
MIAMISBURG, OH 45342



The Movant further certifies that on 06/11/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

             /s/ Ronda J. Winnecour
             RONDA J WINNECOUR PA ID #30399
             CHAPTER 13 TRUSTEE WD PA
             600 GRANT STREET
cc:  debtor(s)                               SUITE 3250 US STEEL TWR
    original creditor                       PITTSBURGH, PA  15219
    putative creditor                       (412) 471-5566
    counsel for debtor(s)                   cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

DEBTOR(S):
FRED ANDREW HENSEL, JR., LINDA
ANNE HENSEL, 220 WEST SECOND
SREET, GREENSBURG, PA  15601

ORIGINAL CREDITOR:
PNC BANK NA, 3232 NEWMARK DR,
MIAMISBURG, OH  45342

NEW CREDITOR:

DEBTOR'S COUNSEL:
RICHARD W. SCHIMIZZI, ESQ., 35
WEST PITTSBURGH ST., REAR,
GREENSBURG, PA  15601

ORIGINAL CREDITOR'S COUNSEL:
ANDREW F GORNALL ESQ, KML LAW
GROUP PC, 701 MARKET ST STE
5000, PHILADELPHIA, PA  19106