**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Fred Andrew Hensel Jr.
Linda Anne Hensel**
   Debtor(s)

Bankruptcy Case No.: 15–20630–GLT
Related to Docket No. 68
Chapter: 13
Docket No.: 71 – 68
Concil. Conf.: September 19, 2019 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **July 29, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **August 19, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **September 19, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 12, 2019

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 15-20630-GLT
Fred Andrew Hensel, Jr.                                             Chapter 13
Linda Anne Hensel
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: ctak            Page 1 of 1            Date Rcvd: Jun 12, 2019
                              Form ID: 213          Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
db/jdb         Fred Andrew Hensel, Jr.,    Linda Anne Hensel,    220 West Second Sreet,    Greensburg, PA  15601
cr            +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                Pittsburgh, Pa 15222-5413
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                Pittsburgh, PA 15212-5866
14001744      +AR Resources, Inc.,    1777 Sentry Parkway West,    Blue Bell, PA 19422-2206
14001745      +EOS CCA,    PO Box 981008,    Boston, MA 02298-1008
14001746      +KML Law Group, P.C.,    Atten: Salvatore Filippello, Esq.,    701 Market Street,
                Philadelphia, PA 19106-1538
14075789      +PNC Bank, N.A.,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                Miamisburg, OH 45342-5421
14001747      +PNC National Bank Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14048936      +Peoples Natural Gas Company LLC,    225 North Shore Drive, Suite 300,
                Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14001743      +E-mail/Text: ally@ebn.phinsolutions.com Jun 13 2019 02:38:52      Ally Financial,
                PO Box 380901,    Bloomington, MN 55438-0901
14013102       E-mail/Text: ally@ebn.phinsolutions.com Jun 13 2019 02:38:52      Ally Financial,
                PO Box 130424,    Roseville, MN 55113-0004
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC Bank, National Association
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard W. Schimizzi    on behalf of Joint Debtor Linda Anne Hensel rws@schimizzilaw.com,
               mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
              Richard W. Schimizzi    on behalf of Debtor Fred Andrew Hensel, Jr. rws@schimizzilaw.com,
               mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 8
```