Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Fred Andrew Hensel Jr.** : | Case No. 15−20630−GLT |
| **Linda Anne Hensel** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| : | |
| : | Related to Docket No. 68 |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 27th of August, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Fred Andrew Hensel, Jr.
Linda Anne Hensel
    Debtors

Case No. 15-20630-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dbas      Page 1 of 1      Date Rcvd: Aug 27, 2019
                       Form ID: 309      Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2019.
```
db/jdb         Fred Andrew Hensel, Jr.,   Linda Anne Hensel,   220 West Second Sreet,   Greensburg, PA  15601
cr            +Ally Financial,   Tucker Arensberg, P.C.,   c/o Brett A. Solomon, Esquire,   1500 One PPG Place,
                Pittsburgh, Pa 15222-5413
cr            +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
                Pittsburgh, PA 15212-5866
14001744      +AR Resources, Inc.,   1777 Sentry Parkway West,   Blue Bell, PA 19422-2206
14001745      +EOS CCA,   PO Box 981008,   Boston, MA 02298-1008
14001746      +KML Law Group, P.C.,   Atten: Salvatore Filippello, Esq.,   701 Market Street,
                Philadelphia, PA 19106-1538
14075789      +PNC Bank, N.A.,   Attn: Bankruptcy Department,   3232 Newmark Drive,
                Miamisburg, OH 45342-5421
14001747      +PNC National Bank Association,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
14048936      +Peoples Natural Gas Company LLC,   225 North Shore Drive, Suite 300,
                Pittsburgh, PA 15212-5860,   Attn: Dawn Lindner
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14001743      +EDI: GMACFS.COM Aug 28 2019 06:23:00      Ally Financial,   PO Box 380901,
                Bloomington, MN 55438-0901
14013102       EDI: GMACFS.COM Aug 28 2019 06:23:00      Ally Financial,   PO Box 130424,
                Roseville, MN 55113-0004
                                                                                             TOTAL: 2
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr         PNC Bank, National Association
                                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard W. Schimizzi     on behalf of Joint Debtor Linda Anne Hensel rws@schimizzilaw.com,
               mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
              Richard W. Schimizzi     on behalf of Debtor Fred Andrew Hensel, Jr. rws@schimizzilaw.com,
               mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```