**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

FRED ANDREW HENSEL, JR.                    Case No.:15-20630 GLT
LINDA ANNE HENSEL
      Debtor(s)


Ronda J. Winnecour                          Document No.:
      Movant
    vs.
No Respondents.

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 02/26/2015  and confirmed on 07/31/2015 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 33,891.15 |
| Less Refunds to Debtor | 2,198.07 | |
| TOTAL AMOUNT OF PLAN FUND | | 31,693.08 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 1,418.09 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,418.09 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 24,306.36 | 24,306.36 | 0.00 | 24,306.36 |
|   Acct: XXXXXXXX3-15 | | | | |
| PNC BANK NA | 5,968.63 | 5,968.63 | 0.00 | 5,968.63 |
|   Acct: XXXXXXXX2-15 | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0515 | | | | |
| | | | | 30,274.99 |
| **Priority** | | | | |
| RICHARD W. SCHIMIZZI, ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| FRED ANDREW HENSEL, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| FRED ANDREW HENSEL, JR. | 2,198.07 | 2,198.07 | 0.00 | 0.00 |
|   Acct: | | | | |
| SCHIMIZZI LAW LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

* * * N O N E * * *

| 15-20630 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3676 | | | | |
| | EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7078 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 1,300.76 | 0.00 | 0.00 | 0.00 |
| | Acct: 9239 | | | | |
| | ALLY FINANCIAL(*) | 9,191.45 | 0.00 | 0.00 | 0.00 |
| | Acct: 0515 | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | 30,274.99 |
|---|---|---|

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 30,274.99 |
| UNSECURED | 10.492.21 |

Date: 10/10/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com